104 So.2d 336

## UNITED STATES STEEL CORP.

v.

### Clinton E. LEWIS et al.

6 Div. 309.

Supreme Court of Alabama.

June 19, 1958.

Burr, McKamy, Moore & Thomas, Birmingham, for petitioner.

Cooper, Mitch & Black, Birmingham, opposed.

PER CURIAM.

Petition of United States Steel Corporation for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in United States Steel Corp. v. Lewis, 104 So.2d 335.

Writ denied on authority of United States Steel Corporation v. Goodwin, ante, p. 612, 104 So.2d 333.

Writ denied.

SIMPSON, STAKELY, MERRILL and COLEMAN, JJ., concur.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., dissent.

104 So.2d 331

## UNITED STATES STEEL CORP.

v.

### Oakley B. PATTERSON et al.

6 Div. 303.

Supreme Court of Alabama.

June 19, 1958.

Burr, McKamy, Moore & Thomas, Birmingham, for petitioner.

Cooper, Mitch & Black, Birmingham, opposed.

PER CURIAM.

Petition of United States Steel Corporation for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in United States Steel Corp. v. Patterson, 104 So.2d 330.

The writ is denied on authority of United States Steel Corporation v. Goodwin, ante, p. 612, 104 So.2d 333.

Writ denied.

SIMPSON, STAKELY, MERRILL and COLEMAN, JJ., concur.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., dissent.